UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK MANN,

    Plaintiff,

                                     Case No. 14-10865

v.

                                     Hon. John Corbett O'Meara

J.A. TERRIS, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court having reviewed the report and recommendation filed on May 16, 2014 by Magistrate Judge Patricia T. Morris, Plaintiff's objection filed on May 27, 2014, and the entire record;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date:  June 4, 2014

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 4, 2014, using the ECF system and/or ordinary mail.

                                                  s/William Barkholz
                                                Case Manager